UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 04CR10076RGS |
| | ) |
| CASSANDRA ANN BEATTY and TERRENCE DAVIS | ) |

## GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from May 11, 2004 (the date of the Initial Status Conference) to and including June 17, 2004 (the date of the Final Status Conference) (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)). The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial. The defendants, through counsel, assented to this request at the Initial Status Conference on May 11, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ David G. Tobin
DAVID G. TOBIN
Assistant U.S. Attorney

May 12, 2004

CERTIFICATE OF SERVICE

I, David G. Tobin, do hereby certify that a copy of the foregoing was served by mail on counsel for the defendants, Martin Richey, Esq., and Michael J. Liston, Esq. on May 12, 2004.

_____
DAVID G. TOBIN
ASSISTANT UNITED STATES ATTORNEY