UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 04-CR-10076-RGS |
| **CASSANDRA ANN BEATTY and TERRENCE DAVIS** | ) ) ) ) | |

**GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME**

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from July 16, 2004 (the date of a scheduled Status Conference) to and including September 7, 2004 (the date of the next Status Conference) (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)).  The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial. The defendants, through counsel, assented to this request at the Status Conference on July 16, 2004.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By: _____
    DAVID G. TOBIN
    Assistant U.S. Attorney

Dated: July 19, 2004