UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUL -7  A 9: 34

U.S. DISTRICT COURT
DISTRICT OF MASS.

|                          |   |                              |
|--------------------------|---|------------------------------|
| UNITED STATES OF AMERICA | ) |                              |
|                          | ) |                              |
| v.                       | ) | CRIMINAL NO. 04CR10076RGS    |
|                          | ) |                              |
| CASSANDRA ANN BEATTY and | ) |                              |
| TERRENCE DAVIS           | ) |                              |
|                          | ) |                              |
|                          | ) |                              |

## GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME

Now comes the United States, by its attorneys, Michael J.
Sullivan, United States Attorney, and David G. Tobin, Assistant
U.S. Attorney, and hereby moves to exclude from all Speedy Trial
Act calculations the period of time from June 17, 2004 (the date
of a scheduled Status Conference) to and including July 17, 2004
(the date of the Final Status Conference) (excludable delay
pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)).  The
requested delay is in the interests of justice and outweighs the
best interests of the public and the defendant in a speedy trial.
The defendants, through counsel, assented to this request at the
Status Conference on June 17, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
DAVID G. TOBIN
Assistant U.S. Attorney