UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. |
| | ) | 04-CR-10076-RGS |
| v. | ) | |
| | ) | |
| CASSANDRA ANN BEATTY, and | ) | |
| TERRENCE DAVIS | ) | |
| Defendants. | ) | |

*filed in Open Court 9-7-04*

### STATUS MEMORANDUM

The United States of America and the defendants by their undersigned counsel submit this status memorandum in the above-referenced case.

### Discovery/Additional Discovery

The government provided the defendants with automatic discovery on April 7, 2004. The defendants have not filed discovery letters.

### Defense of Insanity/Public Authority

Defendants Beatty and Davis do not intend to present such defenses.

### Request for Alibi

The government requested notice of alibi on April 7, 2004 from defendants Beatty and Davis. No responses have been received.

### Motions

On May 11, 2004, the court ordered that all dispositive motions be filed by June 17, 2004. No motions have been filed.

### Further Scheduling

Additional status conferences are not needed.

**Resolution of the Case**

Neither defendant has entered into a plea agreement with the government.

**Excludable Delay**

On May 18, 2004, the court excluded the period of time from May 11, 2004 through June 17, 2004, from the provisions of the Speedy Trial Act. On July 12, 2004, the court excluded the period of time from June 16, 2004 to July 16, 2004, from the provisions of the Speedy Trial Act. On July 21, 2004, the Court excluded the period of time from July 16, 2004 to September 7, 2004. Accordingly, as of September 7, 2004, 41 days of non-excludable time will have been elapsed under the Speedy Trial Act, and 29 days remain under the Speedy Trial Act.

**Length of Trial**

The government anticipates approximately 3 days for its case-in-chief.

For Defendant Beatty

_____
J. MARTIN RICHEY, Esq.

For Defendant DAVIS

_____
MICHAEL J. LISTON, Esq.

MICHAEL J. SULLIVAN
United States Attorney

By: _____
DAVID G. TOBIN
Assistant U.S. Attorney