# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal No. 04-10076-RGS

UNITED STATES OF AMERICA

v.

CASSANDRA BEATTY

### *FINAL STATUS REPORT*

October 21, 2004

**BOWLER, Ch.U.S.M.J.**

    The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

    1. The Indictment in the above-entitled case, which charges the defendant with conspiracy to import cocaine, was returned on March 18, 2004;

    2. The defendant was arraigned on the Indictment on March 30, 2004;

    3. The defendant is in custody on the charges;

4. At the time of arraignment, the attorney for the government estimated that the government would call approximately three witnesses and that the trial would last approximately two days;

5. Defense counsel has indicated that the case will be resolved by way of a plea of guilty;

6. As of the date of this Final Status Report, time has been excluded through October 20, 2004;

7. This case is hereby returned to the district judge to whom this case is assigned.

                                        /s/
                        **MARIANNE B. BOWLER**
                        Chief United States Magistrate Judge