# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      v.                                                  CR. NO. 04-10076-RGS

CASSANDRA BEATTY

## *NOTICE*

November 8, 2004

**BOWLER, Ch.U.S.M.J.**

      PLEASE TAKE NOTICE that the above-entitled case has been scheduled for

**Arraignment on the Superseding Indictment at 2:45 p.m., Wednesday, November 17, 2004,**

in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston,

Massachusetts.

                                                  /s/    Marianne B. Bowler
                                                **MARIANNE B. BOWLER**
                                                Chief United States Magistrate Judge

To:    ALL COUNSEL OF RECORD

**\* PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification**