**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

**UNITED STATES OF AMERICA**

      **V.**              **CRIMINAL NO. 04-10076-RGS**

**CASSANDRA BEATTY**

## NOTICE OF HEARING

**STEARNS, DJ.**           **FEBRUARY 4, 2005**

    **A CHANGE OF PLEA HEARING IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:**

<u>**FRIDAY, FEBRUARY 18, 2005 AT 10:00 A.M.**</u>

**BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM#21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.**

    **SO ORDERED.**

                                **RICHARD G. STEARNS**
                                **UNITED STATES DISTRICT JUDGE**

      **BY:**

               **/s/ Mary H. Johnson**
                **Deputy Clerk**

**TO: AUSA Peter Levitt; Martin Richey, Esq.**