UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10076-RGS |
| | ) | |
| CASSANDRA BEATTY | ) | |

<u>DEFENDANT'S ASSENTED-TO MOTION TO BRIEFLY CONTINUE SENTENCING</u>

Defendant, with the assent of the government, respectfully moves this Court to briefly continue her sentencing, currently scheduled this Thursday, May 12, 2005 at 2:30 p.m.

As grounds for this motion, undersigned counsel must file a brief in the Court of Appeals by Wednesday, May 11, 2005. Because counsel has been attending to several other pressing matters over the course of the past days and weeks, counsel will now need to focus solely on the brief over the next few days, and as a consequence will be unable to adequately prepare defendant's sentencing argument. Counsel apologizes for any inconvenience to the Court.

Assistant United States Attorney David Tobin assents to this motion.

                                                CASSANDRA BEATTY
                                                By her attorney,

                                                /s/ J. Martin Richey

                                                J. Martin Richey
                                                  BBO# 559902
                                                Federal Defender Office
                                                408 Atlantic Ave., 3rd Floor
                                                Boston, MA  02210
                                                Tel: 617-223-8061

Date: May 9, 2005