UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10076-RGS |
| | ) | |
| CASSANDRA BEATTY | ) | |

<u>DEFENDANT'S ASSENTED-TO MOTION TO BRIEFLY CONTINUE SENTENCING</u>

Defendant, with the assent of the government, respectfully moves this Court to briefly continue her sentencing, currently scheduled Wednesday, June 29, 2005 at 11:00 a.m.

As grounds for this motion, undersigned counsel is trying a case before Judge Tauro beginning June 27, and the case is expected to extend at least through June 29.

Assistant United States Attorney David Tobin assents to this motion.

                                                  CASSANDRA BEATTY
                                                  By her attorney,

                                                  /s/ J. Martin Richey

                                                  J. Martin Richey
                                                    BBO# 559902
                                                  Federal Defender Office
                                                  408 Atlantic Ave., 3rd Floor
                                                  Boston, MA  02210
                                                  Tel: 617-223-8061

Date:  June 16, 2005