| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran Court)* 04-10076 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 2:08cr53 JDH |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Cassandra Beatty 591 Kelton Avenue Columbus, Ohio | DISTRICT OF MASSACHUSETTS | Criminal, D/MA Boston |
| | NAME OF SENTENCING JUDGE The Honorable Richard G. Stearns | |
| | DATES OF PROBATION/SUPERVISED RELEASE. | FROM 11/16/07   TO 11/15/2011 |

OFFENSE

Conspiracy to Import Cocaine, 21 USC §963
Unlawful Importation of Cocaine, 21 USC §952(a) and §960(a)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF MASSACHUSETTS"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Ohio upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3-11-08                                                     /s/ Richard M. Stearns
*Date*                                                      *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Southern District of Ohio

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3-18-08                                                     /s/ John D. Holschuh
*Effective Date*                                            *United States District Judge*