OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
I Courthouse Way - Suite 2300
Fan Pier
Boston, Massachusetts 02210

**Sarah Allison Thornton**
**Clerk**

**Mary H. Johnson**
**Deputy Clerk to the Honorable**
**Richard G. Stearns**
**U. S. District Judge**

April 7, 2008

**Clerk**
**U. S. District Court for the Southern District of Ohio**
**260 Joseph P. Kinneary United States Courthouse**
**85 Marconi Boulevard**
**Columbus, Ohio  43215-2835**

RE:  United States v. Cassandra Beatty
Our Criminal No. 04-10076-RGS
Your Criminal No. 2: 08cr53-JDH

Dear Sir/Madam:

Pursuant to a Transfer of Jurisdiction from the District of Massachusetts to the Southern District of Ohio with respect to the above-named defendant, enclosed please find certified copies of the following pleadings:

1. Superseding Indictment;
2. Sentencing Memorandum;
3. Judgment and Commitment Order;
4. Statement of Reasons; and
5. Docket Sheet

If I may be of any further assistance to you in this matter, please do not hesitate to contact me.

Thank you.

Sincerely,

SARAH A. THORNTON, CLERK

BY:

Mary H. Johnson
Deputy Clerk

**Enclosures**